Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DARIN STANSFIELD,                             )   CASE NO. 2:26-cv-00088-GMN-DJA
                                              )
                                              )   STIPULATION AND ORDER CONTINUING
                                              )   THE DATE OF THE EARLY NEUTRAL
                Plaintiff,                     )   EVALUATION CONFERENCE
        vs.                                   )
                                              )   [LR 7-1; LR IA 6-2]
                                              )
INTERNATIONAL BUSINESS MACHINES               )   (First Request)
CORPORATION , a New York Corporation;         )
and DOES I through X; and ROE BUSINESS        )
ENTITIES I through X; inclusive,              )
                                              )
                                              )
                Defendants.                   )
                                              )
_____   )

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record pursuant to LR 7-1 and LR IA 6-2 that the Early Neutral Evaluation ("ENE") currently set for Monday, April 27, 2026 at 9:00 a.m., be continued to preferably a date in May 2026 or first two weeks in June 2026 if needed.  Plaintiff and Plaintiff's counsel are currently available on any date in May 2026 except for May 4th through 7th and any day in the first two weeks of June 2026 except for June 3rd and 10th.  Plaintiff counsel is not available from June 15th through June 30th.

1

Defendant and Defendant's counsel are currently available on any dates in May 2026 except May 25, 28, 29, and any day in the first two weeks of June 2026 except, June 1-3.      .

Said continuance is being stipulated to because Plaintiff's counsel is out of town on April 27, 2026, on a pre-arranged trip which predated the initial setting of the ENE.

No previous extensions have been requested or granted as to continuing the ENE.

The parties are also in agreement that Defendant's representative, Lesley Bark, Sr. Counsel, IBM Corporate Litigation, who lives and worked in Armonk, New York, with the Court's approval, may appear remotely.  Defendant represents that Ms. Bark's remote appearance will not compromise Defendant's full participation in the ENE process, or the opportunity to resolve the matter at that time.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | |
| /s/ Michael P. Balaban | /s/ Alina Krauff |
| Michael P. Balaban, Esq., SBN 9370 | Suzanne Martin, Esq., SBN 8833 |
| 10726 Del Rudini St. | Alina Krauff, Esq., SBN 16266 |
| Las Vegas, NV 89141 | 10801 W. Charleston Boulevard, Suite 500 |
| | Las Vegas, NV 89135 |
| *Attorney for Plaintiff Darin Stansfield* | |
| | *Attorneys for Defendant International Business Machines Corporation* |
| Dated: April 1, 2026 | |
| | Dated: April 1, 2026 |

The ENE scheduled for April 27, 2026, is vacated and continued to **June 12, 2026**, at **9:00am**. The parties' confidential ENE briefs are due by **June 5, 2026**, at **4:00pm**.  Defendant's representative, Lesley Bark, Sr., may appear virtually at ENE.  Defense counsel shall be responsible for arranging and coordinating her virtual appearance.  All other aspects of the Court's 1/29/26 Order (ECF No. 8) shall remain unaffected.

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: April _3_ , 2026

2