Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Courtney K. Lee
Nevada Bar No. 8154
courtney.lee@ogletreedeakins.com
Alina Krauff
Nevada Bar No. 16266
alina.krauff@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant International Business Machines Corporation*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DARIN STANSFIELD,<br><br>Plaintiff,<br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation; and DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00088-GMN-DJA<br><br>**MOTION AND PROPOSED ORDER FOR WITHDRAWAL OF SUZANNE L. MARTIN AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** |

Pursuant to Local Rule IA 11-6(b), Anthony L. Martin of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby requests that Suzanne L. Martin be removed from the instant action as an attorney of record for Defendant International Business Machines ("Defendants") as Ms. Martin is no longer with the firm.

This Motion is made in good faith and will not result in the delay of discovery, trial, or any hearing in this case. Defendant will continue to be represented by Anthony L. Martin, Courtney K. Lee, and Alina Krauff.

/ / /

Anthony L. Martin also respectfully requests that Ms. Martin be removed from the CM/ECF filing notification in this matter.

DATED this 17th day of September, 2026.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Anthony L. Martin*
Anthony L. Martin
Nevada Bar No. 8177
Courtney K. Lee
Nevada Bar No. 8154
Alina Krauff
Nevada Bar No. 16266
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant International Business Machines Corporation*

**ORDER**

IT IS SO ORDERED.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED: September 17, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800